# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 30, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133986(50)

CARL STONE and NANCY STONE,
      Plaintiffs-Appellees,

v

DAVID A. WILLIAMSON, M.D., JACKSON
RADIOLOGY CONSULTANTS, P.C., and
W.A. FOOTE MEMORIAL HOSPITAL,
      Defendants-Appellants.

SC: 133986
COA: 265048
Jackson CC: 03-001912-NH

_____

      On order of the Chief Justice, the motion by ProNational Insurance Company for leave to file a brief *amicus curiae* is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 30, 2007

_____
Clerk